# EXHIBIT F

Compliance Department
6111 Oak Tree Boulevard
Suite 400
Independence, OH 44131



296  293  29320
12
4093170125-212931375
29320
AD-566

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
CLEVELAND, OH
MJD

DEANNA MOORE
230 LIGON ST, PO BOX 525
ARCADIA, SC 29320

January 25, 2017

**DEANNA MOORE**
**230 LIGON ST, PO BOX 525**
**ARCADIA, SC 29320**

Dear DEANNA MOORE:

In connection with your application for employment (including promotion, retention, volunteer or independent contractor assignments as applicable), you authorized ADIDAS GROUP to obtain a Consumer Report, Credit Report and/or Investigative Consumer Report. ADIDAS GROUP contracted with Sterling Talent Solutions, whose contact information is provided below, to furnish the Report.

This letter is to inform you that you may be denied the position you are seeking with ADIDAS GROUP based in whole or in part on information contained in the Report.

Please notify Sterling Talent Solutions immediately if you wish to dispute the accuracy or completeness of the information in the Report.

Sterling Talent Solutions
dispute@talentwise.com
Ph: 877.982.9888
Fax: 425.974.2206
PO Box 1048, Bothell, WA 98041-1048
www.SterlingTalentSolutions.com

If you have contacted Sterling Talent Solutions to dispute the Report's accuracy, or wish to inform us of any compensating factors, including evidence of good conduct and rehabilitation, that will assist us in making our final decision, please submit such information to ADIDAS GROUP without delay.

In accordance with the Fair Credit Reporting Act (FCRA), enclosed please find a copy of the Report, a copy of your rights under the FCRA, and related state notices.

Sincerely,
ADIDAS GROUP


# Sterling
Talent Solutions

**Sterling Talent Solutions**
P.O. Box 1048 | Bothell, WA 98041-1048
1.866.338.6739 | customersupport@talentwise.com

**California Applicants/Employees Only:** The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

**Sólo para los Solicitantes/Empleados de California:** En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

Applicant Report: **Deanna Carol Moore**

| **Requested by** | Alexa Hone<br>adidas Group<br>(864) 587-3470 | **Report Status** | **Adverse Action Process:** Initiated |
|---|---|---|---|
| | | **Request Submitted** | Jan 17, 2017 11:45 am |
| **Package Title** | Distribution Management | **Report Completed** | Jan 20, 2017 6:06 am |
| | | **Completion Time** | 2 business days, 18 hours |

| **Applicant ID** | 100105458 | **Address** | 230 LIGON ST, PO BOX 525<br>Arcadia, SC 29320 |
|---|---|---|---|
| **Applicant Name** | Deanna Carol Moore | **Location of Employment** | Spartanburg, SC |
| **Social Security Number** | xxx-xx-0196 | | |
| **Date of Birth** | 11/7/xxxx | **Billing Code** | Adidas America/Spartenburg |
| | | **Reference Code** | Spratanburg |

| | **Applicant Report Contents** | **Complete** | **Status** |
|---|---|---|---|
| 1 | Client Criteria Scoring | ✓ | Review |
| 2 | Pre-Adverse Action Notification | | Queued for Printing |

| 3 | Adverse Action Notification | | Waiting on Pre-Adverse |
|---|---|---|---|
| 4 | SSN Trace | ✓ | Complete |
| 5 | Criminal County Search (7-Year Address History) Jurisdiction: **Spartanburg County, South Carolina** | ✓ | Clear |
| 6 | Multi-State Instant Criminal Check | ✓ | Complete |
| 7 | Nationwide Sex Offender Registry Check | ✓ | Clear |
| 8 | Credit Report | ✓ | Review Below |

### 1 Client Criteria Scoring

**Review**

**Scoring is performed at the request of the client using the client's provided criteria. All eligibility decisions rest in the client's sole discretion.**

### 2 Pre-Adverse Action Notification

Adverse Action process initiated on 2017-01-25.

Pre-adverse notification will be mailed to the candidate, at the address above, within one business day.

### 3 Adverse Action Notification

Adverse Action process initiated on 2017-01-25.

Adverse notification will be mailed approximately six business days following pre-adverse notification.

### 4 SSN Trace

The SSN Trace compares the provided Social Security Number to credit header and public records data. This trace may locate possible alternative names or addresses associated with the SSN for the purpose of performing additional searches. The SSN trace is not conducted through the Social Security Administration and should not be used as the basis for any employment decision or confirmation of identity.

**SSN** xxx-xx-0196
**Primary Name Searched** DEANNA MOORE
✓ **Complete:** Full name matches SSN.
**Possible Alternative Names** No possible alternative names were found for this candidate.

### 5 Criminal County Search (7-Year Address History)   Jurisdiction: **Spartanburg County, South Carolina**

**Search Type** FELONY AND MISDEMEANOR
**Jurisdiction Searched** SPARTANBURG COUNTY, SC
**Result** **Clear**

*[handwritten: Credit 800-731-6417]*

| 6 | Multi-State Instant Criminal Check |
|---|---|

Any reportable findings, as verified from state or local court records, will be found in this report under the appropriate jurisdiction.

**Result**            **Complete**

| 7 | Nationwide Sex Offender Registry Check |
|---|---|

**Search Description**    Nationwide search against sex offender registries from 49 states, the District of Columbia and U.S. territories. This search excludes Nevada where use of the registry for employment purposes is prohibited by state law.

**Result**            **Clear**

| 8 | Credit Report |
|---|---|

```
PAGE 1    DATE  1-17-2017   TIME 13:46:06   V201   TSC1

   DEANNA C MOORE              SS: ***           E: SAIA MOTOR FREIGHT
   PO BOX 525                                    RPTD: 8-99 TO 5-00 I
   ARCADIA SC 293200525
   RPTD: 8-01 TO 3-16 U 9X
   LAST SUB: 1500878
```
*[handwritten: Mailing address]*
```
  *230 LIGON ST
   ARCADIA SC 29320
   RPTD: 9-02 TO 2-14 U 2X

  *3107 N BLACKSTOCK RD
   SPARTANBURG SC 293015569
   RPTD: 12-97 TO 12-01 U

  *MOORE DEANNA, DEENA MOORE

   ----------------------- PROFILE SUMMARY -----------------------
```

# REDACTED

REDACTED

# REDACTED

— END OF REPORT —

© 2003 - 2017 TalentWise, Inc.

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You many limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau 1700 G Street, N.W. Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, | b. Federal Trade Commission: Consumer Response Center – FCRA |

| | |
|---|---|
| in addition to the CFPB: | Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box. 1200<br>Minneapolis, MN 55480<br><br><br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E. |

|  | Washington, DC 20549 |
|---|---|
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |