# EXHIBIT G

3/20/2017                                                                                          Print

| | |
|---|---|
| **Subject:** | RE: Fw: Fw: Contact form |
| **From:** | Client Services (clientservices@talentwise.com) |
| **To:** | tweetymoo33@yahoo.com; |
| **Date:** | Monday, March 20, 2017 1:29 PM |

Hi Deanna,

Thank you for your response. We apologize for the delayed response.

Your background check report has been emailed to Adidas and they also have direct access to it from their portal.

We appreciate your time. Please feel free to contact us with any questions or concerns.

Thank you,

Irene Bailey | Client Service Representative
O: 877.982.9888 I E: Clientservices@talentwise.com
www.sterlingtalentsolutions.com



This email is CONFIDENTIAL and may be protected by solicitor-client privilege. It is intended only for the use of the person to whom it is addressed. Any distribution, copying or other use by anyone else is strictly prohibited. If you have received this message in error, please telephone or email us immediately and destroy this message.


---------------- Original Message ----------------
From: Dee Moore [tweetymoo33@yahoo.com]
Sent: 3/20/2017 9:11 AM
To: clientservices@talentwise.com
Subject: Fw: Fw: Contact form

According to your website, background check reports are emailed to clients. Please confirm if the background check for Deanna Moore was emailed to Adidas?
If not how was the background report sent to Adidas USPS or Fedex UPS, overnight?

Thank You
Deanna Moore



----- Forwarded Message -----
From: Dee Moore <tweetymoo33@yahoo.com>

3/20/2017                                                                 Print

**To:** Client Services <clientservices@talentwise.com>
**Sent:** Friday, March 17, 2017 3:44 PM
**Subject:** Re: Fw: Contact form

One more question was the report emailed to Adidas?

---

**From:** Client Services <clientservices@talentwise.com>
**To:** "tweetymoo33@yahoo.com" <tweetymoo33@yahoo.com>
**Sent:** Friday, March 17, 2017 3:01 PM
**Subject:** RE: Fw: Contact form

Hi Dee,

The report was sent to Adidas the same day it was completed. You will have to reach out to your recruiter for the job details.

We appreciate your time. Please feel free to contact us with any questions or concerns.

Thank you,

Irene Bailey | Client Service Representative
O: 877.982.9888 I E: Clientservices@talentwise.com
www.sterlingtalentsolutions.com



This email is CONFIDENTIAL and may be protected by solicitor-client privilege. It is intended only for the use of the person to whom it is addressed. Any distribution, copying or other use by anyone else is strictly prohibited. If you have received this message in error, please telephone or email us immediately and destroy this message.

---------------- Original Message ----------------
**From:** Dee Moore [tweetymoo33@yahoo.com]
**Sent:** 3/17/2017 1:14 PM
**To:** clientservices@talentwise.com
**Subject:** Fw: Contact form

I am not sure what the delay is for answering a couple very simple questions, can you provide the information I requested below?

I have the report. The report states it was completed 1/20/2017.
    When the report was completed on 1/20/2017 was it sent to Adidas on 1/20/2017?
    If not why and what is the date the report was sent to Adidas?

Thank You
Deanna Moore

3/20/2017                                                                 Print

----- Forwarded Message -----
**From:** Dee Moore <tweetymoo33@yahoo.com>
**To:** Client Services <clientservices@talentwise.com>
**Sent:** Thursday, March 16, 2017 1:56 PM
**Subject:** Re: Contact form

I have the report. The report states it was completed 1/20/2017. When the report was completed on 1/20/2017 was it sent to Adidas on 1/20/2017. If not why and what is the date the report was sent to Adidas.


Thank You
Deanna Moore

---

**From:** Client Services <clientservices@talentwise.com>
**To:** "tweetymoo33@yahoo.com" <tweetymoo33@yahoo.com>
**Sent:** Thursday, March 16, 2017 1:50 PM
**Subject:** RE: Contact form

Hi Dee,

Thank you for your email. We apologize for the delayed response.

Please confirm what is it that you want us to do to help you with. Do you want us to mail you your background check report.

We appreciate your time. Please feel free to contact us with any questions or concerns.

Thank you,

Irene Bailey | Client Service Representative
O: 877.982.9888 I E: Clientservices@talentwise.com
www.sterlingtalentsolutions.com



This email is CONFIDENTIAL and may be protected by solicitor-client privilege. It is intended only for the use of the person to whom it is addressed. Any distribution, copying or other use by anyone else is strictly prohibited. If you have received this message in error, please telephone or email us immediately and destroy this message.


--------------- Original Message ---------------
**From:** Dee Moore [tweetymoo33@yahoo.com]
**Sent:** 3/16/2017 11:54 AM
**To:** nick.fishman@sterlingts.com; client.support@sterlingts.com

3/20/2017                                                                 Print

**Subject:** Contact form

I submitted the attached on 3/14/2017 through your websites contact us form. Can you tell me how long it will take to hear back from your company?
I need the information for my records for unemployment benefits.

Thank You
Deanna Moore


ref:_00D36Iv90._50036Ba2Bb:ref